**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CAPITAL CASE**

KENNETH ROSHELL ISOM                                                               PETITIONER

v.                                        No. 5:11CV00047 JLH

RAY HOBBS, Director,
Arkansas Department of Correction                                                  RESPONDENT

**ORDER**

Kenneth Roshell Isom has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Rule 4 of the Rules Governing Section 2254 Cases provides that if the petition is not dismissed, the judge must order the respondent to file an answer, motion, or other response within a fixed time, or to take other action the judge may order. The Court orders the Attorney General for the State of Arkansas to respond to Isom's petition within sixty days from the entry of this Order.

The Clerk is directed to send a copy of this Order and Isom's petition to the Attorney General for the State of Arkansas.

IT IS SO ORDERED this 3rd day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE