# THIS IS A CAPITAL CASE

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KENNETH ROSHELL ISOM                                                                  PETITIONER

v.                                      No. 5:11CV00047 JLH

RAY HOBBS, Director,
Arkansas Department of Correction                                                     RESPONDENT

### ORDER

    Kenneth Roshell Isom's motion for a temporary stay of proceedings is GRANTED. Document #32. This action is hereby stayed. The parties should submit a report within thirty days from the entry of this Order as to the condition of Mr. Isom.

    IT IS SO ORDERED this 23rd day of April, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE