# THIS IS A CAPITAL CASE

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KENNETH ROSHELL ISOM                                                                                    PETITIONER

v.                                              No. 5:11CV00047 JLH

RAY HOBBS, Director,
Arkansas Department of Correction                                                                       RESPONDENT

### ORDER

Kenneth Roshell Isom's motion for a temporary stay of proceedings is GRANTED. Document #32. This action is hereby stayed. The parties should submit a report within thirty days from the entry of this Order as to the condition of Mr. Isom.

IT IS SO ORDERED this 23rd day of April, 2012.

_J. Leon Holmes_

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE