# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

## THIS IS A CAPITAL CASE

| | |
|---|---|
| KENNETH ROSHELL ISOM | PETITIONER |
| v.      NO.   5:11CV00047 | |
| WENDY KELLEY, Director, Arkansas Department of Correction | RESPONDENT |

## ORDER

This matter was randomly assigned to the docket of United States District Judge J. Leon Holmes on March 2, 2011. Judge Holmes recuses based on his senior status. Therefore, the Court directs the Clerk to reassign this action to another judge.

Dated this 8th day of January, 2019.

                                        AT THE DIRECTION OF THE COURT
                                        JAMES W. McCORMACK, CLERK

                                        BY:   Cory Wilkins
                                                Courtroom Deputy to
                                                U.S. District Judge J. Leon Holmes