<u>**THIS IS A CAPITAL CASE**</u>

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KENNETH ROSHELL ISOM**                                                                 **PETITIONER**

v.                                    No. 5:11-cv-00047- JM

**WENDY KELLEY, DIRECTOR,**
**ARKANSAS DEPARTMENT OF**
**CORRECTION**                                                                            **RESPONDENT**

<u>**NOVEMBER 2019 STATUS REPORT**</u>

The Petitioner, Kenneth Roshell Isom, by and through undersigned counsel, makes the following status report.

This habeas case is stayed by Order of this Court for exhaustion of available state remedies. (Order, ECF No. 60, April 1, 2013.) The Court ordered that Mr. Isom affirmatively seek relief on his unexhausted claims within thirty days and file monthly status reports to inform the Court of the status of state court proceedings. *Id.* at 7. Since that time, the Arkansas Supreme Court reinvested the Drew County Circuit Court to hear Isom's petition for writ of error *coram nobis*. Following an evidentiary hearing, the petition was dismissed. The Arkansas Supreme Court upheld the dismissal over the dissent of two justices. *Isom v. State*, 2018 Ark. 368, 2018 WL 6695912 (Dec. 20, 2018). The Arkansas Supreme Court stayed the issuance of its mandate so that Isom could petition the Supreme Court for certiorari on a judicial bias issue.

On Monday, Isom's petition for certiorari was denied. Justice Sotomayor wrote a statement respecting denial. *Isom v. Arkansas*, 589 U.S. ____ (2019), 2019 WL 6257406. As of this filing the Arkansas Supreme Court has yet to issue the mandate signaling the finality of the

state case. *See* Ark. R. Sup. Ct. 5-3. Pursuant to this Court's Order (ECF 60), Isom will prepare a motion to lift the stay in this case in order to file an amended petition and supplement the record with the state court proceedings.

                                                                               Respectfully submitted,

                                                                               LISA G. PETERS
                                                                               FEDERAL DEFENDER

                                                By:    Julie Vandiver
                                                               Ark. Bar No. 2008285
                                                               julie_vandiver@fd.org
                                                               Assistant Federal Public Defender
                                                               1401 W. Capitol Ave., Ste. 490
                                                               Little Rock, AR 72201
                                                               (501) 324-6114
                                                               (501) 324-5630 (fax)