IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CAPITAL CASE

**KENNETH ROSHELL ISOM**                                                          **PETITIONER**

v.                                       No. 5:11-cv-00047-JM

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                   **RESPONDENT**

## CERTIFICATION

Isom has recently challenged the constitutionality of part of the Antiterrorism and Effective Death Penalty Act, 28 U.S.C. § 2254(d), based on *Loper Bright Enterprises v. Raimondo*, 603 U.S. 369 (2024). *Doc. 206.* Pursuant to 28 U.S.C. § 2403(a) and Federal Rule of Civil Procedure 5.1(b), this Court certifies the challenge to the Attorney General of the United States. The United States may intervene and be heard on this issue within sixty days after Isom filed his Notice of Constitutional Question on April 15, 2025. Fed. R. Civ. P. 5.1(c); *Doc. 208.* The Court directs the Clerk to send this certification to the Attorney General of the United States. The Clerk must also send a courtesy copy of it to the United States Attorney for the Eastern District of Arkansas.

SO ORDERED this 22nd day of April, 2025.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE