IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENNETH ROSHELL ISOM**                                    PETITIONER

v.                             No. 5:11-cv-47-JM

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                         RESPONDENT

## JUDGMENT

Pursuant to the Order entered separately today, Isom's amended petition for a writ of *habeas corpus* is mostly dismissed with prejudice. Claim 3 (competency to be executed based on post-trial disability) is dismissed without prejudice.

SO ORDERED this 10th day of September, 2025.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE