IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

## CAPITAL CASE

**KENNETH ROSHELL ISOM**                                                                 **PETITIONER**

v.                                          5:11-cv-00047-JM

**DEXTER PAYNE, Director,**                                                              **RESPONDENT**
**Arkansas Division of Correction**

### ORDER

Isom seeks to vacate the order denying his motion to alter judgment. *Doc. 225*. He correctly states the order, *Doc. 224,* was entered one day before the deadline for filing his reply to Payne's response to his motion. Isom attaches the reply as an exhibit to his motion to vacate. *Doc. 225-1*. After careful review of Isom's reply, the Court reaches the same conclusions as in the order, *Doc. 224*. The motion to vacate therefore is denied. *Doc. 225*. The Clerk is directed to file Isom's reply. *Doc. 225-1*.

IT IS SO ORDERED this 9th day of December, 2025.

_____
James M. Moody, Jr.
United States District Judge